UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JORGE TORRES,

                Plaintiff,

    v.

CITY OF SEATTLE, et al.,

                Defendants.

C16-1863 TSZ

MINUTE ORDER

       The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

       (1)    Rather than responding to defendant City of Seattle's Rule 12(b)(6) motion to dismiss plaintiff's fifth and sixth causes of action, docket no. 7, plaintiff filed an amended complaint, docket no. 10, without seeking leave of the Court, as he was required to do because City of Seattle had already filed an answer. Fed. R. Civ. P. 15(a)(2). The Court will treat plaintiff's filing of the amended complaint as a motion for leave to amend and will grant such motion. Plaintiff's amended complaint will be deemed filed and served as of the date of this Minute Order. City of Seattle's partial motion to dismiss, docket no. 7, is STRICKEN without prejudice. Any pleading or motion responsive to the amended complaint shall be due in accordance with Rule 15(a)(3).

       (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

       Dated this 3rd day of March, 2017.

                                                          William M. McCool
                                                          Clerk

                                                          s/Karen Dews
                                                          Deputy Clerk

MINUTE ORDER - 1