1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JORGE TORRES,<br><br>                  Plaintiff,<br><br>    vs.<br><br>CITY OF SEATTLE AND SEVERAL UNKNOWN POLICE OFFICERS,<br><br>                  Defendants. | No.    2:16-cv-01863-TSZ<br><br>**STIPULATION AND ORDER TO DISMISS SIXTH CAUSE OF ACTION** |

## STIPULATION

The parties hereby stipulate, as evidenced by the signatures below of their respective attorneys of record, that Cause of Action 5.6 (Sixth Cause of Action) of Plaintiff's Amended Complaint should be dismissed without prejudice from this action.

//

//

//

STIPULATION AND ORDER TO DISMISS
SIXTH CAUSE OF ACTION - 1
2:16-cv-01863-TSZ

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 386-0077

DATED this 17th day of March, 2017.

| PETER S. HOLMES | JAMES BIBLE LAW GROUP |
|---|---|
| Seattle City Attorney | |
| | |
| By: /s/Cherie Getchell | By: /s/ James Bible |
| Cherie Getchell WSBA #49768 | James Bible, WSBA #33985 |
| Assistant City Attorneys | *JAMES BIBLE LAW GROUP* |
| Seattle City Attorney's Office | 14205 SE 36th Street, Suite 100 |
| 701 Fifth Avenue, 20th Floor | Bellevue, WA 98006 |
| Seattle, WA 98104 | (425) 519-3675 |
| Ph: (206) 233.2158 | jbiblesblaw@gmail.com |
| E-mail: cherie.getchell@seattle.gov | |
| | |
| *Attorneys for Defendant City of Seattle* | *Attorney for Plaintiff* |

STIPULATION AND ORDER TO DISMISS
SIXTH CAUSE OF ACTION - 2
2:16-cv-01863-TSZ

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 386-0077

**ORDER**

Pursuant to the stipulation of the parties, docket no. 13, it is hereby ORDERED, ADJUDGED AND DECREED that Cause of Action 5.6 (Sixth Cause of Action) of Plaintiff's Amended Complaint, docket no. 10, alleging that City of Seattle is liable to plaintiff for violation of plaintiff's civil rights, is hereby DISMISSED without prejudice from this action.

DATED this 23rd day of March, 2017.

_____
Thomas S. Zilly
United States District Judge

Presented by:

PETER S. HOLMES
Seattle City Attorney

By: /*s/ Cherie Getchell*
Cherie Getchell WSBA #49768
Assistant City Attorneys
*Attorneys for Defendants City of Seattle and the Seattle Police Department*

Copy Received; Approved For Entry;
Notice of Presentation Waived:

JAMES BIBLE LAW GROUP

By: */s/ James Bible*
James Bible, WSBA #33985
*Attorney for Plaintiff*

STIPULATION AND ORDER TO DISMISS
SIXTH CAUSE OF ACTION - 3
2:16-cv-01863-TSZ

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 386-0077